**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Case No.: 4:25-cv-05034**

GUILLERMO VAZQUEZ in his capacity as Administrator of AFSCME Local 1550, and AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO,

Plaintiffs,

vs.

CYNTHIA COLE, KAREN DUGAR, SONJA ROSS, ALVERNISE BOYD, and NATIONAL ORGANIZATION FOR STATE COUNTY MUNICIPAL EMPLOYEES 1550 ASSOCIATION,

Defendants.
_______________________________________/

**PLAINTIFFS' MOTION FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT CYNTHIA COLE**

**TO THE CLERK OF COURT:**

Plaintiffs Guillermo Vazquez in his capacity as Administrator of AFSCME Local 1550, and American Federation of State, County & Municipal Employees, AFL-CIO (collectively, "Plaintiffs") respectfully request that the Clerk enter a default against Defendant Cynthia Cole ("Cole"), pursuant to Federal Rule of Civil Procedure 55(a). Plaintiffs state as follows in support of this motion:

1. Plaintiffs commenced this Action on October 22, 2025. See ECF No. 1.

2. After Plaintiffs exhausted all avenues to serve Cole via traditional means, Plaintiffs filed a motion for substituted service on Cole on January 13, 2026. See ECF No. 39. The motion

was re-filed on the docket by the Court on March 17, 2026. See ECF No. 42, as well as ¶ 3 of the Declaration of Elan Kirshenbaum ("Kirshenbaum Decl."), included with this filing as Exhibit "1".

3. On May 15, 2026, the Court issued an Order (the "Order") granting Plaintiffs' motion for substituted service on Cole. See ECF No. 45; see also Kirshenbaum Decl., ¶ 4. Specifically, the Court authorized Plaintiffs to serve Cole via: (i) email at an email address Cole used to communicate with Plaintiffs' agents as recently as August 2025; (ii) regular and certified mail, return receipt requested, at both Cynthia Cole's last-known home address and the registered address for her employer, Defendant National Organization for State County Municipal Employees 1550 Association ("NOFSCME"); (iii) posting the process on the door of Cole's last-known home address in a plastic protector sleeve; and (iv) publication. See ECF No. 45; see also Kirshenbaum Decl., ¶ 4.

4. On July 20, 2026, Plaintiffs filed a Notice of Completion of Substituted Service on Cole, indicating that Plaintiffs served Cole via all four substituted service methods as authorized in the Court's Order dated May 15, 2026. See ECF No. 49; see also Kirshenbaum Decl., ¶ 5. As part of the filing, Plaintiffs included the Declaration of Elan Kirshenbaum in Support of Plaintiffs' Notice of Completion of Substituted Service on Cole, along with four exhibits that demonstrated that service had been completed via each substituted service method as outlined in the Order. See ECF Nos. 49-1, 49-2, 49-3, 49-4, and 49-5; see also Kirshenbaum Decl., ¶ 5.

5. As outlined in Plaintiffs' legal notice published in The Houston Chronicle on June 14, 2026, June 21, 2026, June 28, 2026, and July 5, 2026, Cole had a deadline of August 24, 2026, at 10:00 AM, to appear in this case and file an Answer or responsive pleading to Plaintiffs' Complaint. See ECF No. 49-5; see also Kirshenbaum Decl., ¶ 6.

6. To-date, Cole has neither appeared in this case nor filed an Answer or responsive

pleading to Plaintiffs' Complaint.

7. Upon information and belief, Cole is not a minor, incapacitated person, or member of the U.S. Armed Forces.

8. Accordingly, the Clerk should enter a default against the Defendant.

**WHEREFORE,** Plaintiffs respectfully request that the Clerk enter a default against the Defendant, Cynthia Cole.

Dated: Uniondale, New York
September 8, 2026

Max Gershenoff (Attorney-in-Charge)(*Southern District of Texas Federal ID No. 3939464*)
Barry I. Levy (Southern District of Texas Federal ID No. 3939606)
Elan Kirshenbaum (*Southern District of Texas Federal ID No. 3941555*)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556
Phone: (516) 357-3000
Facsimile: (516) 357-3333
Max.Gershenoff@rivkin.com
Barry.Levy@rivkin.com
Elan.Kirshenbaum@rivkin.com

*Counsel for Plaintiffs Guillermo Vazquez in his capacity as Administrator of AFSCME Local 1550, and American Federation of State, County & Municipal Employees, AFL-CIO*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.3 and Federal Rule of Civil Procedure 5(b), I certify that on September 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the *pro se* defendants who have appeared in this case.

Attorney