**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Case No.: 4:25-cv-05034**

GUILLERMO VAZQUEZ in his capacity as Administrator of AFSCME Local 1550, and AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO,

Plaintiffs,

vs.

CYNTHIA COLE, KAREN DUGAR, SONJA ROSS, ALVERNISE BOYD, and NATIONAL ORGANIZATION FOR STATE COUNTY MUNICIPAL EMPLOYEES 1550 ASSOCIATION,

Defendants.
_______________________________________/

**DECLARATION OF ELAN KIRSHENBAUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT CYNTHIA COLE**

I, Elan Kirshenbaum, being duly sworn, state as follows:

1. I am an attorney for the Plaintiffs in the above-entitled Action, and I am familiar with the file, records, and pleadings in this matter.

2. The Complaint was filed on October 22, 2025. See ECF No. 1.

3. Plaintiffs exhausted all avenues to serve Defendant Cynthia Cole ("Cole") via traditional means. Subsequently, Plaintiffs filed a motion for substituted service on Cole on January 13, 2026. See ECF No. 39. The motion was re-filed on the docket by the Court on March 17, 2026. See ECF No. 42. A copy of Plaintiffs' motion for substituted service is attached hereto as Exhibit "1".

4. On May 15, 2026, the Court issued an Order (the "Order") granting Plaintiffs' motion for substituted service on Cole. See ECF No. 45. Specifically, the Court authorized Plaintiffs to serve Cole via: (i) email at an email address Cole used to communicate with Plaintiffs' agents as recently as August 2025; (ii) regular and certified mail, return receipt requested, at both Cynthia Cole's last-known home address and the registered address for her employer, Defendant National Organization for State County Municipal Employees 1550 Association ("NOFSCME"); (iii) posting the process on the door of Cole's last-known home address in a plastic protector sleeve; and (iv) publication. See id. A copy of the Order is attached hereto as Exhibit "2".

5. On July 20, 2026, Plaintiffs filed a Notice of Completion of Substituted Service on Cole, indicating that Plaintiffs served Cole via all four substituted service methods as authorized in the Court's Order dated May 15, 2026. See ECF No. 49. As part of the filing, Plaintiffs included the Declaration of Elan Kirshenbaum in Support of Plaintiffs' Notice of Completion of Substituted Service on Cole, along with four exhibits that demonstrated that service had been completed via each substituted service method as outlined in the Order. See ECF Nos. 49-1, 49-2, 49-3, 49-4, and 49-5. A copy of the Notice of Completion of Substituted Service on Cole is attached hereto as Exhibit "3".

6. As outlined in Plaintiffs' legal notice published in The Houston Chronicle on June 14, 2026, June 21, 2026, June 28, 2026, and July 5, 2026, Cole had a deadline of August 24, 2026, at 10:00 AM, to appear in this case and file an Answer or responsive pleading to Plaintiffs' Complaint. See ECF No. 49-5. A copy of Plaintiffs' legal notice published in The Houston Chronicle is attached hereto as Exhibit "4".

7. To-date, Cole has neither appeared in this case nor filed an Answer or responsive pleading to Plaintiffs' Complaint.

8. Upon information and belief, Cole is not a minor, incapacitated person, or member of the U.S. Armed Forces.

9. Accordingly, the Clerk should enter a default against the Defendant, Cynthia Cole.

I declare under the penalties of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Executed on September 8, 2026.

Attorney