# EXHIBIT "2"

United States District Court
Southern District of Texas
ENTERED
May 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Case No.: 4:25-cv-05034**

GUILLERMO VAZQUEZ in his capacity as Administrator of AFSCME Local 1550, and AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO,

Plaintiffs,

vs.

CYNTHIA COLE, KAREN DUGAR, SONJA ROSS, ALVERNISE BOYD, and NATIONAL ORGANIZATION FOR STATE COUNTY MUNICIPAL EMPLOYEES 1550 ASSOCIATION,

Defendants.
_______________________________________/

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUBSTITUTED SERVICE ON DEFENDANT CYNTHIA COLE**

**THIS CAUSE,** before the Court on Plaintiffs' motion (the "Motion") for substituted service on Defendant Cynthia Cole:

The Court has reviewed the Motion and it is hereby

**ORDERED** and **ADJUDGED** that:

1. The Motion is **GRANTED**.

2. Plaintiffs are hereby authorized to serve Defendant Cynthia Cole via:

   a. Email at an email address Cynthia Cole used to communicate with Plaintiffs' agents as recently as August 2025;

   b. Regular and certified mail, return receipt requested at both Cynthia Cole's last known home address and the registered address for her employer, Defendant National Organization for State County Municipal

Employees 1550 Association ("NOFSCME");

c. Posting the process on the door of Cynthia Cole's last known home address in a plastic protector sleeve; and

d. Publication.

**DONE** and **ORDERED** in Chambers in Houston, Texas, this 15th day of May, 2026.

ANDREW S. HANEN
DISTRICT COURT JUDGE