**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Case No.: 4:25-cv-05034**

GUILLERMO VAZQUEZ in his capacity as Administrator of AFSCME Local 1550, and AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO,

Plaintiffs,

vs.

CYNTHIA COLE, KAREN DUGAR, SONJA ROSS, ALVERNISE BOYD, and NATIONAL ORGANIZATION FOR STATE COUNTY MUNICIPAL EMPLOYEES 1550 ASSOCIATION,

Defendants.
________________________________________/

**PROPOSED ORDER ENTERING CLERK'S DEFAULT AS TO DEFENDANT CYNTHIA COLE**

Plaintiffs commenced this Action on October 22, 2025. See ECF No. 1. Plaintiffs exhausted all avenues to serve Defendant Cynthia Cole ("Cole") via traditional means. As a result, Plaintiffs filed a motion for substituted service on Cole on January 13, 2026. See ECF No. 39. The motion was re-filed on the docket by the Court on March 17, 2026. See ECF No. 42.

On May 15, 2026, the Court issued an Order (the "Order") granting Plaintiffs' motion for substituted service on Cole. See ECF No. 45. Specifically, the Court authorized Plaintiffs to serve Cole via: (i) email at an email address Cole used to communicate with Plaintiffs' agents as recently as August 2025; (ii) regular and certified mail, return receipt requested, at both Cynthia Cole's last-known home address and the registered address for her employer, Defendant National

Organization for State County Municipal Employees 1550 Association ("NOFSCME"); (iii) posting the process on the door of Cole's last-known home address in a plastic protector sleeve; and (iv) publication. See id.

Plaintiffs completed substituted service on Cole and filed a Notice of Completion of Substituted Service, indicating that Plaintiffs served Cole via all four substituted service methods as authorized in the Court's Order dated May 15, 2026. See ECF No. 49. As part of the filing, Plaintiffs included the Declaration of Elan Kirshenbaum in Support of Plaintiffs' Notice of Completion of Substituted Service on Cole, along with four exhibits that demonstrated that service had been completed via each substituted service method as outlined in the Order. See ECF Nos. 49-1, 49-2, 49-3, 49-4, and 49-5.

Cole was due to appear in the case and file an Answer or responsive pleading no later than August 24, 2026, at 10:00 AM. See ECF No. 49-5. To-date, Cole has neither appeared in this case nor filed an Answer or responsive pleading to Plaintiffs' Complaint.

**THEREFORE,** upon request of Plaintiffs, it is hereby **ORDERED** that:

1. The Clerk shall enter a default against the Defendant, Cynthia Cole.

**DONE** and **ORDERED** in Houston, Texas, this _________ day of __________________, 2026.

______________________________
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel and Parties of Record