United States District Court
Southern District of Texas
**ENTERED**
September 18, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUILLERMO VAZQUEZ, in his capacity as Administrator of AFSCME Local 1550, *et al* | § | |
| | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-5034 |
| | § | |
| CYNTHIA COLE, *et al* | § | |

**CLERK'S ENTRY OF DEFAULT**

It appears upon the representation of Plaintiff and from the record that the following Defendants failed to plead or otherwise defend in this case as required by law:

Cynthia Cole

Therefore, default is entered against this Defendant as authorized by Federal Rule of Civil Procedure 55.

Nathan Ochsner, Clerk of Court

DATED: September 18, 2026

By: Rhonda S. Hawkins
Rhonda S. Hawkins
Deputy Clerk